FILED '10 APR 26 11:53 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

JOSE OROZCO-SILVA, )
)
        Plaintiff, )
) Civil No. 08-6084-TC
v. )
) ORDER
PEDRO GUTIERREZ, et al., )
)
        Defendants. )
)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on March 24, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This action is dismissed for failure to prosecute, failure to comply with a court order, and failure to file a timely notice of change of address.

DATED this 26th day of April, 2010.

                           /s/ Michael R. Hogan
                           United States District Judge

2   - ORDER